SISSON REALTY CORPORATION, Appellant, *v.* GEORGE B. MATHEWS, Respondent, Impleaded with Another.

(Submitted April 18, 1929; decided May 3, 1929.)

*Frank L. Cubley* for appellant.
*George H. Bowers* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: CARDOZO, Ch. J., POUND, CRANE, LEHMAN, KELLOGG, O'BRIEN and HUBBS, JJ.